ELSIE ELMHORST *v.* PRUDENTIAL
INSURANCE COMPANY OF AMERICA.

No. 4334.

OCTOBER 19, 1964.

TSUKIYAMA, C.J., CASSIDY, WIRTZ,
LEWIS AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

Tsukiyama, C.J., and Wirtz, J., having dissented from the majority in the original opinion, do not concur.

*Richard E. Stifel* (*Anderson, Wrenn & Jenks* of counsel) for the petition.